23525. MUNDY, Guardian v. MUNDY, Administratrix.

DUCKWORTH, Chief Justice. This case involves a review of a jury verdict in an appeal to Fulton Superior Court from an award and order of the Ordinary of Fulton County in a year's support proceeding. Since it is not such a case as comes within the jurisdiction of the Supreme Court for review under *Code Ann.* § 2-3704 (Ga. L. 1945; Const. of 1945) it is therefore

*Transferred to the Court of Appeals. All the Justices concur.*

ARGUED JUNE 15, 1966—DECIDED JUNE 16, 1966.

*E. S. D'Antignac, Chas. M. Clayton, R. P. Herndon,* for appellant.

*George Carroll,* for appellee.